**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| DUFFIELD HOUSE ASSOCIATES, L.P., ET AL. | : | No. 441 EAL 2021 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the |
| | : | Commonwealth Court |
| | : | |
| CITY OF PHILADELPHIA | : | |
| | : | |
| | : | |
| PETITION OF: CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | : | |
| | : | |
| | : | |
| KENNEDY HOUSE, INC. | : | No. 442 EAL 2021 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| | : | Commonwealth Court |
| CITY OF PHILADELPHIA | : | |
| | : | |
| | : | |
| PETITION OF: CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | : | |
| | : | |
| | : | |
| 1700 ASSOCIATES, L.P., | : | No. 443 EAL 2021 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA, | : | |
| | : | |
| Petitioners | : | |

| | |
|---|---|
| PRU 1901 MARKET LLC A/K/A 1901-1917 MARKET STREET 1901-17 MARKET STREET | : No. 444 EAL 2021<br>:<br>:<br>: Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court |
| v. | : |
| | : |
| CITY OF PHILADELPHIA | :<br>:<br>: |
| PETITION OF: CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | :<br>:<br>: |
| 921 TYSON AVENUE ASSOCIATES, LP, ET AL. | : No. 445 EAL 2021<br>:<br>: |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the<br>: Commonwealth Court |
| | : |
| CITY OF PHILADELPHIA | :<br>:<br>: |
| PETITION OF: CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | :<br>:<br>: |
| 211 N. 13TH STREET ASSOCIATES, L.P., ET AL. | : No. 446 EAL 2021<br>:<br>: |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the<br>: Commonwealth Court |
| | : |
| CITY OF PHILADELPHIA | :<br>:<br>: |
| PETITION OF: CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | :<br>:<br>: |
| LIBERTY PLACE RETAIL ASSOCIATES, ET AL. | : No. 447 EAL 2021<br>:<br>: |

[441 EAL 2021, 442 EAL 2021, 443 EAL 2021, 444 EAL 2021, 445 EAL 2021, 446 EAL 2021, 447 EAL 2021, 448 EAL 2021, 449 EAL 2021, 450 EAL 2021, 451 EAL 2021 and 452 EAL 2021] - 2

|                                                    |                                                              |
| -------------------------------------------------- | ------------------------------------------------------------ |
| v.                                                 | : Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>: |
| CITY OF PHILADELPHIA                               | :<br>:<br>:<br>: |
| PETITION OF: CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | :<br>:<br>: |
| 2990 HOLME REALTY, LLC                             | : No. 448 EAL 2021<br>:<br>: |
| v.                                                 | : Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>: |
| CITY OF PHILADELPHIA                               | :<br>:<br>: |
| PETITION OF: CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | :<br>:<br>: |
| CLEAR CHANNEL OUTDOOR, INC. AND OUTFRONT MEDIA INC. | : No. 449 EAL 2021<br>:<br>: |
| v.                                                 | : Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>: |
| CITY OF PHILADELPHIA                               | :<br>:<br>: |
| PETITION OF: CITY OF PHILADELPHIA AND SCHOOL DISTRICT OF PHILADELPHIA | :<br>:<br>: |
| MIFFLIN STREET ASSOCIATES, L.P., ET AL.            | : No. 450 EAL 2021<br>:<br>: |
| v.                                                 | : Petition for Allowance of Appeal<br>: from the Order of the<br>: Commonwealth Court<br>: |
| CITY OF PHILADELPHIA                               | : |

[441 EAL 2021, 442 EAL 2021, 443 EAL 2021, 444 EAL 2021, 445 EAL 2021, 446 EAL 2021, 447 EAL 2021, 448 EAL 2021, 449 EAL 2021, 450 EAL 2021, 451 EAL 2021 and 452 EAL 2021] - 3

PETITION OF: CITY OF PHILADELPHIA
AND SCHOOL DISTRICT OF
PHILADELPHIA

BLEIGH STREET MANAGEMENT LLC T/A : No. 451 EAL 2021
STATE ROAD STORAGE LP

            v. : Petition for Allowance of Appeal
             : from the Order of the
             : Commonwealth Court

CITY OF PHILADELPHIA

PETITION OF: CITY OF PHILADELPHIA
AND SCHOOL DISTRICT OF
PHILADELPHIA

POST MONROE, L.P., ET AL. : No. 452 EAL 2021

            v. : Petition for Allowance of Appeal
             : from the Order of the
             : Commonwealth Court

CITY OF PHILADELPHIA

PETITION OF:  CITY OF PHILADELPHIA
AND THE SCHOOL DISTRICT OF
PHILADELPHIA

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2022, the Petition for Allowance of Appeal is **DENIED**.  Petitioner's Application to Consolidate is **GRANTED**.  Petitioner's Application for Leave to File Post-Submission Communication is **GRANTED**.

    Justice Brobson did not participate in the consideration or decision of this matter.

[441 EAL 2021, 442 EAL 2021, 443 EAL 2021, 444 EAL 2021, 445 EAL 2021, 446 EAL 2021, 447 EAL 2021, 448 EAL 2021, 449 EAL 2021, 450 EAL 2021, 451 EAL 2021 and 452 EAL 2021] - 4